IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 06-302 |
| ) | |
| ANTHONY P. FLEMMING ) | |

## ORDER

The defendant's motion for a reduction of sentence pursuant to the 18 U.S.C. § 3582(c)(2) is hereby DENIED. This Court is bound by the Third Circuit's opinion in United States v. Mateo, 560 F.3d 152 (3d Cir. 2009), which is directly on point and requires the Court to deny the motion. The defendant has preserved his argument for a reduction in sentence should the Third Circuit overrule Mateo.

Date:  October 27, 2011          s|Alan N. Bloch
                                 Alan N. Bloch
                                 Senior United States District Judge